AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

GARY LAMB

*Plaintiff(s)*

v.

CAPITAL LINK MANAGEMENT, LLC and
INTEGRITY RECOVERY
MANAGEMENT, LLC

*Defendant(s)*

Civil Action No. 1:19-cv-02680-JMS-TAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INTEGRITY RECOVERY MANAGEMENT, LLC
C/O REGISTERED AGENT
LEGALCORP SOLUTIONS, LLC
2831 ST ROSE PARKWAY SUITE 200-400
HENDERSON, NV 89052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph S. Davidson
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

BY: _____
*Deputy Clerk*

Date: 7/1/2019



## PRACTICES & PROCEDURES
## CHIEF JUDGE JANE E. MAGNUS-STINSON

### INTRODUCTION

Counsel appearing before Chief Judge Jane E. Magnus-Stinson are expected to read and comply with these Practices & Procedures. Because each case is unique, however, counsel should feel free to raise any concerns that counsel may have about the appropriateness of these Practices & Procedures to the particular case at hand. Inquiries should be directed to the Courtroom Deputy Clerk, Michelle Imel, at 317-229-3672. Chief Judge Magnus-Stinson may also alter them *sua sponte* as appropriate in a particular case.

### PROFESSIONALISM

Attorneys entering an appearance in this Court necessarily agree to comply with the Indiana Rules of Professional Conduct, as amended from time to time by the Indiana Supreme Court. L.R. 83-5(e). They also necessarily agree to comply with the Seventh Circuit Standards of Professional Conduct, L.R. 83-5(e), which are available here: http://www.ca7.uscourts.gov/Rules/rules.htm#standards. Those standards, among other things, delineate the Circuit's and Chief Judge Magnus-Stinson's civility expectations for counsel. In the unlikely event that counsel should engage in conduct inconsistent with these rules, Chief Judge Magnus-Stinson will not hesitate to take appropriate action.

### MOTIONS PRACTICE

#### *Motions for Time, in General*

Chief Judge Magnus-Stinson expects that counsel will act with reasonable diligence with respect to counsel's cases before her. Counsel have considerable input in the development of the case management plan, and therefore the Court reasonably expects compliance with the deadlines within the Case Management Plan ("CMP"). However, if counsel believes that an extension of a deadline is necessary, counsel should (1) contact opposing counsel to determine whether opposing counsel will object and (2) file a motion for time including the position of opposing counsel.

Like counsel, Chief Judge Magnus-Stinson and the magistrate judges face competing demands on their time. Thus, absent truly unforeseen and unforeseeable circumstances—which are rare—counsel cannot reasonably expect the Court to forsake other pending matters to immediately consider motions for time. Counsel are therefore advised to file motions for time as far in advance as possible. At a minimum, absent truly emergency circumstances or unless a longer period is ordered (for example, in the entry setting a settlement conference before the magistrate judge), counsel should file motions for time **at least three full business days** in advance of the deadline to be continued. The failure to do so, without adequate explanation for the delay, may result in a summary denial of the motion for time.

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Indiana

Case Number: 1:19-CV-02680-JMS-TAB

Plaintiff:
**Gary Lamb**
vs.
Defendants:
**Capital Link Management, LLC and Integrity Recovery Management, LLC**

For: R.O.S. Consulting, Inc.

Received by Front Range Legal Process Service, Inc. on the 11th day of July, 2019 at 12:09 pm to be served on **Integrity Recovery Management, LLC Registered Agent: Legalcorp Solutions, LLC, 2831 St. Rose Parkway Suite 200-400, Henderson, NV 89052.** I, _CHRIS MICHAEL SARTIN_, do hereby affirm that on the _16_ day of _JULY_, 20_19_ at _3_ :_19_ p.m., executed service by delivering a true copy of the **Summons in a Civil Action; Complaint; Exhibits** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(✓) CORPORATE SERVICE: By serving _Lisa Richardson_ as _Receptionist_.
( ) POSTING _____

(✓) DESCRIPTION ) Age _45_ Sex _F_ Race _WHITE_ Height _5'5_ Weight _145_ Hair _BR_ Glasses ____

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # R-096440
Appointed in accordance with State Statutes

**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2019004979

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c